IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERSTINE BRYAN,<br><br>        Plaintiff,<br><br>  v.<br><br>DEL MONTE FOODS, INC.,<br><br>        Defendant. | Case No. 23-cv-00865-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Before the Court is defendant's "Motion to Dismiss," filed June 2, 2023. Plaintiff has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for July 21, 2023.

**IT IS SO ORDERED.**

Dated: July 14, 2023

MAXINE M. CHESNEY
United States District Judge