1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KERSTINE BRYAN,

              Plaintiff,

        v.

DEL MONTE FOODS, INC.,

              Defendant.

Case No. 23-cv-00865-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY IN COMPLIANCE WITH THE COURT'S STANDING ORDERS**

On August 25, 2023, plaintiff electronically filed her "First Amended Class Action Complaint."  Plaintiff failed, however, to comply with the Court's Standing Orders, which require courtesy copies of filed documents to "be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with the Court's Standing Orders by submitting forthwith a courtesy copy of the above-referenced document.

        **IT IS SO ORDERED.**

Dated: September 1, 2023

MAXINE M. CHESNEY
United States District Judge