ERIK K. SWANHOLT, CA Bar No. 198042
 eswanholt@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

KELSEY C. BOEHM, (admitted pro hac vice)
kboehm@foley.com
1400 16TH STREET, STE. 200
DENVER, CO 80202
TELEPHONE: 720.437.2013
FACSIMILE: 720.437.2200

*Attorneys for Defendant Del Monte Foods, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kerstine Bryan, individually and on behalf of all others similarly situated,<br><br>                                       Plaintiff,<br><br>vs.<br><br>Del Monte Foods, Inc.,<br><br>                                       Defendant. | Case No. 23-cv-00865-MMC<br>Hearing: 10/20/2023 at 9:00AM<br><br>**DECLARATION OF ERIK K. SWANHOLT IN SUPPORT OF DEFENDANT DEL MONTE FOODS, INC. MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>(*Filed concurrently with Motion to Dismiss Plaintiffs' Complaint and [Proposed] Order Granting Motion to Dismiss*)<br><br>Judge:  Hon. Maxine M. Chesney |

**DECLARATION OF ERIK K. SWANHOLT**

I, Erik K. Swanholt, hereby declare as follows:

1. I am partner with the firm Foley & Lardner LLP, counsel for Del Monte Foods, Inc. ("Del Monte") in this action. Unless stated otherwise, I have personal knowledge of each of the facts set forth below, and if called to testify, could and would testify competently thereto. I submit this declaration in support of Del Monte's concurrently filed Motion to Dismiss Plaintiff's Amended Class Action Complaint("Complaint").

2. On information and belief, attached as **Exhibit A** to Memorandum of Points and Authorities filed concurrently herewith is a true and correct copy of an image of the back of the product label for Del Monte's Peach Chunks.

3. On information and belief, attached as **Exhibit B** to Memorandum of Points and Authorities filed concurrently herewith is a true and correct copy of an image of the back of the product label for Del Monte's Mango Chunks.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on Sept 8, 2023, at Los Angeles, California.

/s/ Erik K. Swanholt
Erik K. Swanholt
Attorneys for Defendant Del Monte Foods, Inc.