# EXHIBIT B



## Excellent Source of Vitamin C

| Nutrition Facts | Amount/serving | %DV* | Amount/serving | %DV* |
|---|---|---|---|---|
| Serving Size 1 Container (198g) | Total Fat 0g | 0% | Potassium 160mg | 5% |
| | Sat. Fat 0g | 0% | Total Carb. 25g | 8% |
| Calories 100 Calories from Fat 0 | Trans Fat 0g | | Fiber 2g | 8% |
| | Cholest. 0mg | 0% | Sugars 23g | |
| | Sodium 0mg | 0% | Protein 1g | |

*Percent Daily Values (DV) are based on a 2,000 calorie diet.

Vitamin A 15% • Vitamin C 160% • Calcium 2% • Iron 2%

INGREDIENTS: MANGO, WATER, SUGAR, NATURAL FLAVOR, PRESERVATIVES (ASCORBIC ACID, SODIUM BENZOATE, POTASSIUM SORBATE), CITRIC ACID, CALCIUM CHLORIDE.

© DEL MONTE FOODS. DISTRIBUTED BY DEL MONTE FOODS. SAN FRANCISCO, CA 94111

PRODUCED TO DEL MONTE HIGH QUALITY STANDARDS.

PRODUCT OF MEXICO.

QUESTIONS OR COMMENTS? CALL 1-800-543-3090 (MON.-FRI.)