IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERSTINE BRYAN,<br><br>    Plaintiff,<br><br>  v.<br><br>DEL MONTE FOODS, INC.,<br><br>    Defendant. | Case No. 23-cv-00865-MMC<br><br>**SECOND ORDER DIRECTING DEFENDANT TO SUBMIT COURTESY COPY IN COMPLIANCE WITH THE COURT'S STANDING ORDERS** |

On September 8, 2023, defendant electronically filed its "Motion to Dismiss First Amended Complaint." Defendant has failed, however, to comply with the Court's Standing Orders, which require courtesy copies of filed documents to "be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with the Court's Standing Orders by immediately submitting a courtesy copy of the above-referenced document.

The Court has previously advised defendant of its failure to comply with the Court's Standing Orders in connection with earlier-filed documents. (See Order, filed June 27, 2023.) Parties are expected to comply with court rules without repeated reminders. Accordingly, defendant is hereby advised that the Court may impose sanctions, which may include, but are not limited to, striking from the record any

electronically filed document for which a courtesy copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 15, 2023

_____
MAXINE M. CHESNEY
United States District Judge

2