UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERSTINE BRYAN,<br><br>       Plaintiff.<br><br>   v.<br><br>DEL MONTE FOODS, INC.,<br><br>       Defendant. | Case No. 23-cv-00865-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 43 |

**(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Del Monte's motion to dismiss the First Amended Complaint is hereby GRANTED, and the First Amended Complaint is hereby DISMISSED without further leave to amend.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 10/19/2023

Mark B. Busby, Clerk of Court

*Tracy Geiger*
Tracy Geiger
Deputy Clerk