**GOOD GUSTAFSON AUMAIS LLP**
J. Ryan Gustafson (Cal. Bar No. 220802)
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Tel: (310) 274-4663
jrg@ggallp.com

**POPE McGLAMRY, P.C.**
Caroline G. McGlamry (Cal. Bar. No. 308660)
carolinemcglamry@pmkm.com
Michael L. McGlamry (admitted *pro hac vice*)
mmcglamry@pmkm.com
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERSTINE BRYAN, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEL MONTE FOODS, INC.,<br><br>Defendant. | CASE NO. 3:23-cv-00865-MMC<br><br>**PLAINTIFF KERSTINE BRYAN'S NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Plaintiff Kerstine Bryan hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following Order entered in the above-captioned action in the United States District Court for the Northern District of California, San Francisco Division (Honorable Maxine M. Chesney):

– 1 –

- Order Granting Motion to Dismiss First Amended Complaint, ECF No. 43, dated October 19, 2023.

A true and correct copy of the Order of October 19, 2023 is attached hereto as Exhibit 1.

Dated: November 20, 2023

Respectfully submitted,

**GOOD GUSTAFSON AUMAIS LLP**
<u>/s/ J. Ryan Gustafson</u>
J. Ryan Gustafson
Cal. Bar No. 220802
jrg@ggallp.com
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Tel.: (310) 274-4663

*Counsel for Plaintiff*